# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DONALD MILES, | : | No. 175 MM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WILLIAM J. MCCARTHY, JR., CHIEF OF PROBATION AND PAROLE LACKAWANNA COUNTY AND THE HONORABLE JUDGE MARGERETTE B. MOLE OF LACKAWANNA COUNTY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 18th day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.